ERIC GRANT
United States Attorney
J. DOUGLAS HARMAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:26-po-00125-JDP |
| Plaintiff, | ) ) | [~~Proposed~~] ORDER TO DISMISS AND VACATE STATUS CONFERENCE |
| v. | ) ) | |
| SARAH V. VARTY, | ) ) | DATE:  June 1, 2026 |
| Defendant. | ) ) | TIME:  10:00 a.m. JUDGE: Honorable Jeremy D. Peterson |
| | ) ) ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss the violation number in Case Number 2:26-po-00125-JDP is GRANTED.

It is further ordered that the status conference scheduled on June 1, 2026, is vacated.

IT IS SO ORDERED.

Dated: May 29, 2026

HON. JEREMY D. PETERSON
United States Magistrate Judge

ORDER TO DISMISS AND VACATE STATUS          1          U.S. v. SARAH V. VARTY